# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** GREYHOUND LINES, INC., a Delaware Corporation

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Outside the State of Arizona

**Defendant(s):** VIAD CORP, a Delaware Corporation

County of Residence: Maricopa

Plaintiff's Atty(s):

**Suzanne R. Varco**
**Opper & Varco LLP**
**225 Broadway, Ste. 1900**
**San Diego, California  92101**
**619-231-5858**

Defendant's Atty(s):

---

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**

Defendant:- **N/A**

IV. Origin :    **1. Original Proceeding**

V. Nature of Suit:    **893 Environmental Matters**

VI. Cause of Action:    **28 U.S.C. Section 1332; CERCLA Cost Recovery**

VII. Requested in Complaint

Class Action: **No**

Dollar Demand: **excess of $75,000**
Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature:** <u>Suzanne R. Varco</u>

**Date:** <u>9/11/15</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014